UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ANTONIO VALLIN BRIDGES,

        Plaintiff,

v.

WILLIAM E. COLLETTE,
WILLIAM C. WHITBECK, and
CLIFFORD W. TAYLOR,

        Defendants.
_____/

Case No. 5:06-CV-46

Hon. Richard Alan Enslen

**ORDER**

      Judgment having been entered in this matter on January 2, 2008, Plaintiff Antonio Vallin

Bridges has further moved this Court to modify the Judgment to specify that all fees and costs are

waived.  While the request is reasonable in light of Plaintiff's indigence and the federal court's

history of equitable treatment of indigent litigants, the relief sought directly contradicts the terms of

section 804 of the Prisoner Litigation Reform Act ("PLRA"), Pub.L. No. 104-134, 110 Stat. 1321,

§§ 801-810 (Apr. 26, 1996), codified at 28 U.S.C. § 1915 and especially subsections (b)(1)-(f)(2).

      Moreover, this relief sought has been repeatedly rejected by the case law of this Circuit:

> "Pauper status for inmates, as we previously knew it, no longer exists. While incarcerated,
> all prisoners must now pay the required filing fees and costs. . . . Prisoners are no longer
> entitled to a waiver of fees and costs."

*In re Alea*, 286 F.3d 378, 380 (6th Cir. 2002) (quoting *McGore v. Wrigglesworth*, 114 F.3d 601, 604

(6th Cir.1997)).  It is also noted that, as of this time, while the filing fee has been assessed (*see* Order

for Payment of Filing Fee, Dkt. No. 3), costs under 28 U.S.C. § 1920 have not been billed nor

assessed by judgment or other order of this Court.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Antonio Vallin Bridges's

Motion to Alter or Amend Judgment (Dkt. No. 35) is **DENIED**.

                                          /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                   RICHARD ALAN ENSLEN
      February 4, 2008                    SENIOR UNITED STATES DISTRICT JUDGE